UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-24129-CIV-KMM

JUAN CARLOS FLORES BLANCO, and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
        Plaintiff, )
  vs. )
 )
CACERES DRYWALL CORP, )
JORGE E CACERES, )
 )
        Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

Now comes the Plaintiff, by and through the undersigned, and files the above-described

Statement of Claim as follows:

**Federal Half-Time Overtime Claim (11/15/16-11/3/17):**
Amount of Half-Time Overtime per hour not compensated: $9.00
Weeks: 47 (50 weeks – approx. last 3 weeks)
Overtime hours per week: 14
Total wages unpaid and liquidated damages: $5,922 X 2 = $11,844.00, *exclusive of* **attorneys' fees and costs**

**Federal Time-And-A-Half Overtime Claim (11/15/16-11/3/17):**
Amount of Half-Time Overtime per hour not compensated: $27.00
Weeks: approx. last 3 weeks
Overtime hours per week: 14
Total wages unpaid and liquidated damages: $1,134 X 2 = $2,268.00, *exclusive of* **attorneys' fees and costs**

**Federal Minimum Wage Claim (11/15/16-11/3/17):**
Amount of minimum wage per hour not compensated: $7.25 (based on Fed. MW)
Weeks: approx. last 3 weeks
Hours per week: 40
Total wages unpaid and liquidated damages: $870 X 2 = $1,740.00, *exclusive of* **attorneys' fees and costs**

**IN THE ALTERNATIVE to Federal Minimum Wage Claim –
Unpaid Wages (11/15/16-11/3/17):**

Amount of wage per hour not compensated: $18.00
Weeks: approx. last 3 weeks
Hours per week: 40
Total wages unpaid and liquidated damages: $2,160 X 2 = $4,320.00, *exclusive of* **attorneys' fees and costs**

**Total OT/MW claims and liquidated damages:** $7,926 X 2 = $15, 852.00, *exclusive of* **attorneys' fees and costs**

**IN THE ALTERNATIVE:**
**Total OT/Unpaid wages and liquidated damages:** $9,216 X 2 = $18,432.00, *exclusive of* **attorneys' fees and costs**

Attorney fees and costs to date:
J.H. Zidell, Esq. – 3.7 hours X $390.00 per hour = $1,443.00
Rivkah Jaff, Esq. – 2.3 hours X $290.00 per hour = $667.00
Neil Tobak, Esq. – 0.9 hours X $290.00 per hour = $261.00
Costs - $530

*Plaintiff seeks all fees and costs under the FLSA. The above calculations do not account for fees and costs under the FLSA sought by Plaintiff.
** Plaintiff reserves the right to seek time-and-one-half damages for any other completely unpaid overtime hours should the facts adduced in discovery justify same.
*** Plaintiff reserves the right to seek minimum wage damages under the Florida Constitution. Plaintiff reserves the right to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments to seek the higher of the two applicable rates.
**** Plaintiff claims the hourly rate of an average of $18.00/hr. based on the agreement by and between Plaintiff and Defendants. Plaintiff reserves his right to argue to a Jury that the wages due and owing to him should be based on his hourly rate of $18.00/hr. and will request the factfinder (the Jury) ultimately determine his entitlement. In the alternative, to the extent Plaintiff's claim for Florida Minimum Wage overlaps Plaintiff's claim for Federal Minimum Wage payments, Plaintiff is claiming the higher of the two applicable rates.

    Respectfully submitted,

    J. H. ZIDELL, P.A.
    ATTORNEYS FOR PLAINTIFF
    300-71ST STREET, SUITE 605
    MIAMI BEACH, FLORIDA 33141
    305-865-6766
    305-865-7167

By:_s/ Rivkah F. Jaff, Esq. ___
Rivkah F. Jaff, Esquire
Florida Bar No.: 107511

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT A TRUE AND CORRECT
COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 11/14/17 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Rivkah F. Jaff_____
RIVKAH F. JAFF, ESQ.**