# UNITED STATES DISTRICT COURT

for the
Southern District of Florida
CASE NO.: 17-24129-CIV-KMM

JUAN CARLOS FLORES BLANCO, and )
all others similarly situated under 29 U.S.C. )
216(b), )
            )
            Plaintiff, )
    vs. )
            )
CACERES DRYWALL CORP, )
CACERES INTERIOR PARTITIONS, INC., )
JORGE E CACERES, )
            )
            Defendants. )

## SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address)
CACERES DRYWALL CORP
Registered Agent: Laura P Martin
14984 S.W. 93 Street
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____11/17/2017_____



SUMMONS

s/ Randi Marks
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida
CASE NO.: 17-24129-CIV-KMM

| | |
|---|---|
| JUAN CARLOS FLORES BLANCO,  and<br>all others similarly situated under 29 U.S.C.<br>216(b),<br><br>Plaintiff,<br>vs.<br><br>CACERES DRYWALL CORP,<br>CACERES INTERIOR PARTITIONS, INC.,<br>JORGE E CACERES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
JORGE CACERES
14984 S.W. 93 Street
Miami, FL 33196

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___11/17/2017_____



**SUMMONS**

*s/ Randi Marks*
_____
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the
Southern District of Florida
CASE NO.: 17-24129-CIV-KMM

| | |
|---|---|
| JUAN CARLOS FLORES BLANCO, and all others similarly situated under 29 U.S.C. 216(b), | ) ) ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| CACERES DRYWALL CORP, CACERES INTERIOR PARTITIONS, INC., JORGE E CACERES, | ) ) ) |
| | ) |
| Defendants. | ) |

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address)
CACERES INTERIOR PARTITIONS, INC.
Registered Agent: Alessandra Caceres
20000 East Country Club Drive, 411
Aventura, FL 33180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached First Amended Complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___11/17/2017___



**SUMMONS**

*s/ Randi Marks*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court