UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:17-cv-24129-KMM

JUAN CARLOS FLORES BLANCO, and
all others similarly situated under 29 U.S.C.
216 (b),

    Plaintiff,

v.

CACERES DRYWALL CORP., CACERES INTERIOR PARTITIONS, INC., and JORGE E. CACERES,

    Defendants.
_____/

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

    Defendants, CACERES DRYWALL CORP., CACERES INTERIOR PARTITIONS, INC, and JORGE E. CACERES, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 6(b) and S.D. Fla. L.R. 7.1, file their Motion for Extension of Time within which to respond to Plaintiff's Complaint and in support state as follows:

    1.    On November 15, 2017, Plaintiff filed his Amended Complaint in this matter. See, *DE #9.*

    2.    It is believed that on or about November 28, 2017, Plaintiff effectuated or attempted to effectuate service of process on the Defendants in this matter. Thus, Defendants' responses to Plaintiff's Initial Complaint is due on or before December 19, 2017, presuming that service of process was proper.

    3.    The Defendants have just retained the undersigned to represent them in this matter. Counsel requests a brief extension of time, through and including January 12, 2017, to investigate whether service was proper as to all Defendants, to collect and review Defendants'

records, and to prepare and file the Defendants' response to Plaintiff's Amended Complaint. The undersigned needs the additional time in order to meet with the Defendants in preparation of the responses and will need the additional time due to a prearranged and pre-paid vacation out of State through January 6, 2018.

4.  The request contained herein is not intended for purposes of delay and will not cause any prejudice to the Court or any party to this action as this matter has just begun and no trial order has been issued. Further, if Plaintiff's counsel's representation – that service of process was proper – there should be no prejudice to the Plaintiff as to service of process either.

5.  After several attempts to obtain Plaintiff's counsel's position as to the relief requested herein – both by email and by telephone – requests that were not responded to other than by demanding to know whether the Defendants intended to challenge service of process, Plaintiff's counsel finally stated that he does not oppose the relief requested herein – but only if service of process is not challenged.

6.  The undersigned explained to Mr. Tobak that the need for additional time arises so that all aspects of the case can be investigated and could not and would not represent to Plaintiff's counsel that the Defendants are willing to relinquish a possible defense just to obtain Plaintiff's counsel's position as to a simple motion for extension of time which, ordinarily, should be agreed to without substantive demands in return as a condition.

WHEREFORE, Defendants, CACERES DRYWALL CORP., CACERES INTERIOR PARTITIONS, INC., and JORGE E. CACERES, respectfully request entry of an Order extending the time within which they may file their response to Plaintiff's Amended Complaint until and including January 12, 2018, and granting such other relief as is just and proper.

## **CERTIFICATE OF COMPLIANCE WITH L.R. 7.1**

The undersigned certifies that on November 18, 2017 and on November 19, 2017, he conferred with Plaintiff's counsel, Neil Tobak, Esq., by email and by telephone regarding the relief requested herein, and has been permitted to represent that "Plaintiff's position is: Defendants motion is unopposed if Defendants are not challenging service."

Respectfully submitted, this 19th day of December, 2017.

> LUBELL & ROSEN, LLC
> *Attorneys for Defendants*
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:    adi@lubellrosen.com
>
> By: *s/Adi Amit*
>      Adi Amit, Esquire
>      Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 19, 2017, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Juan Carlos Flores Blanco v. Caceres Drywall Corp., et al*
S.D. Fla. Case No.: 1:17-cv-24129-KMM

Neil Tobak, Esquire
Rivkah Fay Jaff, Esq.
Jamie H. Zidell, Esq.
J.H. ZIDELL, P.A.
300 71st Street
Suite 605
Miami Beach, Florida 33141
Rivkah.Jaff@gmail.com
Ntobak.zidellpa@gmail.com
ZABOGADO@AOL.COM
*Counsel for Plaintiff*

Adi Amit, Esquire
LUBELL & ROSEN, LLC
200 S. Andrews Avenue
Suite 900
Fort Lauderdale, Florida 33301
adi@lubellrosen.com
jsh@lubellrosen.com
*Counsel for Defendants*