UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-24129-CIV-SIMONTON

JUAN CARLOS FLORES BLANCO,

    Plaintiff,

vs.

CACERES DRYWALL CORP.,
et al.,
    Defendants.
_____/

### ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

This matter is before the Court upon the Parties' joint ore tenus motion to dismiss the case with prejudice following a settlement conference.  Pursuant to the consent of the Parties, the Honorable K. Michael Moore, United States District Judge, has referred this matter to the undersigned Magistrate Judge for all further proceedings, including trial by jury and entry of final judgment, ECF Nos. [32] [33].

This action involves claims brought by Plaintiff Juan Carlos Flores Blanco against Defendants Caceres Drywall, Corp., Jorge E. Caceres and Caceres Interior Partitions for alleged violations of the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq., ("FLSA"), ECF No. [1].  At a settlement conference before the undersigned, the Parties reached a resolution of this matter. The undersigned then held a fairness hearing wherein the Parties placed the material terms of the settlement on the record. The Court found the settlement agreement, including attorney's fees, to be a fair and reasonable resolution of the matter.[1]  The Parties then made an ore tenus motion to dismiss the case, conditioned

---

[1] In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1352-53 (11th Cir. 1982).  A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." *Id.*  The district court

upon the matter being referred to the undersigned, and the Court retaining jurisdiction to enforce the terms of the settlement agreement.

Accordingly, the matter having now been referred to the undersigned, it is hereby

**ORDERED AND ADJUDGED** that, as ruled at fairness hearing, the Settlement Agreement is **APPROVED**.  It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice. The Court retains jurisdiction to enforce the terms of the Settlement Agreement until October 1, 2018.  It is further

**ORDERED AND ADJUDGED** that all pending motions are denied as moot.

**DONE AND ORDERED** in chambers at Miami, Florida, on June 8, 2018.

_____
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

**Copies provided via CM/ECF to:**
**All counsel of record**

---

may approve the settlement in order to promote the policy of encouraging settlements of litigation. *Id*. at 1354.